Kerry P. Faughnan, Esq., NSB 12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAKE LAS VEGAS MASTER TRUST, | Case No.  2:14-cv-00435-GMN-NJK |
| Plaintiff, | (Removed from Eighth Judicial District Court, Clark County Nevada, Case No. A-14-695191-C) |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE; Z's, a defaulted Nevada corporation; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Plaintiff's ownership, or any cloud upon Plaintiff's title thereto (DOES 1 through 10, inclusive), | **SUBSTITUTION OF ATTORNEY** |
| Defendants. | |
| UNITED STATES OF AMERICA | |
| Counterclaimant, | |
| v. | |
| LAKE LAS VEGAS MASTER TRUST; and Z's, a Nevada corporation, | |
| Counterdefendants. | |

Please take notice that Plaintiff, LAKE LAS VEGAS MASTER TRUST,  hereby

substitutes Kerry P. Faughnan, Esq., as counsel of record in place of Michael P. Infuso, Esq.  All

future notices in this matter should be sent to:

Kerry P. Faughnan, Esq.
P.O. Box 335361
North Las Vegas, Nevada 89033

1

Phone:(702)301-3096
Fax: (702) 331-4222
Kerry.faughnan@gmail.com

DATED October 29, 2014, 2014

_/s/ Kerry P. Faughnan, Esq._____
Kerry P. Faughnan, Esq.

I hereby consent to the Substitution.

DATED October 29, 2014

_/s/ Ryan Welch_____
LAKE LAS VEGAS MASTER TRUST
Manager

I consent to being substituted.

DATED  October 29, 2014

_/s/_ Michael P. Infuso, Esq._____
Michael P. Infuso, Esq.

I accept the above substitution.

DATED October 29, 2014

_/s/ Kerry P. Faughnan, Esq._____
Kerry P. Faughnan, Esq.

IT IS SO ORDERED



NANCY J. KOPPE
United States Magistrate Judge

Dated:_ February 2, 2015 _____

2