# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAKE LAS VEGAS MASTER TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES INTERNAL REVENUE ) <br> SERVICE; Z'S, a defaulted Nevada ) <br> Corporation; and DOES 1 through 10, inclusive ) <br> ) <br> Defendants. ) <br> _____ ) <br> LN MANAGEMENT LLC SERIES 31 RUE ) <br> MEDITERRA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES INTERNAL REVENUE ) <br> SERVICE; Z'S, a defaulted Nevada ) <br> Corporation; and DOES 1 through 10, inclusive ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:14-cv-00435-GMN-NJK <br><br> (Consolidated with <br> Case No. 2:14-cv-00658 JAD-NJK) <br><br><br> ORDER <br><br> (Docket No. 37) |

Before the Court is the United States' Motion For Relief From Requirement That Individual With Full Settlement Authority Attend the Settlement Conference. Having considered the United States' motion, and for good cause shown,

IT IS ORDERED that the motion is granted. The trial attorney for the government shall be present at the settlement conference, and Ms. Reid, Chief of the Office of Review, shall be

1

available by telephone for the duration of the settlement conference.

Dated August 5, 2015          IT IS SO ORDERED.

_____
NANCY J. KOPPE
United States Magistrate Judge