ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LN MANAGEMENT LLC SERIES 31
RUE MEDITERRA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAKE LAS VEGAS MASTER TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES INTERNAL REVENUE SERVICE; Z'S a defaulted Nevada Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:14-cv-00435-JAD-NJK<br><br>consolidated with: |
| LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE; Z'S, a defaulted Nevada Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00658-JAD-NJK<br><br>**Stipulation and Order to Continue Hearing Date**<br><br>ECF No. 108 |

COMES NOW Plaintiff, LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA and Defendant UNITED STATES INTERNAL REVENUE SERVICE, by and through their undersigned counsel, and hereby stipulate and agree as follows:

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1. On May 2, 2017, Defendant filed a Motion for Disbursement of Funds and Confirmation of Sale herein [ECF #103]. Plaintiff's response was filed on May 16, 2017 [103] and Defendant's Reply was filed on May 23, 2017 [107].

2. On May 8, 2017, the Court issued a Notice of Hearing on Motion scheduling a hearing of the matter to take place on June 26, 2017 [105].

3. Due to a conflict, Plaintiff's counsel is unable to attend the hearing on said date.

4. The parties have agreed to continue the hearing to a date consistent with the Court's calendar on or after July 20, 2017.

5. This Stipulation is made in good faith and not for purposes of delay.

Dated this 19th day of June, 2017.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *Virginia Cronan Lowe* |
| TIMOTHY E. RHODA, ESQ. | VIRGINIA CRONAN LOWE |
| Nevada Bar No. 7878 | Trial Attorney, Tax Disvision |
| 9120 West Post Road, Suite 100 | U.S. Department of Justice |
| Las Vegas, Nevada 89148 | P.O. Box 686 |
| (702) 254-7775 | Washington, DC 20044 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA* | *UNITED STATES INTERNAL REVENUE SERVICE* |

/s/ *Kerry P. Faughnan*
KERRY P. FAUGHNAN
P.O. Box 335361
N. Las Vegas, Nevada 89033
*Attorney for Plaintiff*
*LAKE LAS VEGAS MASTER TRUST*

## ORDER

Based on the parties' stipulation [ECF No. 108] and good cause appearing, IT IS HEREBY ORDERED that the 6/26/17 hearing on Defendant's Motion for Disbursement of Funds and Confirmation of Sale [ECF No. 103] is CONTINUED to July 28, 2017, at 9:30 a.m.

_____
U.S. District Judge Jennifer Dorsey
6/20/17

Page 2 of 2