IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| LAKE LAS VEGAS MASTER TRUST,               )<br>                                                                    )<br>             Plaintiff,                                        )<br>                                                                    )<br>         v.                                                      )<br>                                                                    )<br>UNITED STATES INTERNAL REVENUE    )<br>SERVICE; Z'S, a defaulted Nevada             )<br>Corporation; and DOES 1 through 10, inclusive )<br>                                                                    )<br>             Defendants.                                   )<br>_____)<br>LN MANAGEMENT LLC SERIES 31 RUE   )<br>MEDITERRA                                              )<br>                                                                    )<br>             Plaintiff,                                        )<br>                                                                    )<br>         v.                                                      )<br>                                                                    )<br>UNITED STATES INTERNAL REVENUE    )<br>SERVICE; Z'S, a defaulted Nevada             )<br>Corporation; and DOES 1 through 10, inclusive )<br>                                                                    )<br>             Defendants.                                   )<br>_____) | Case No. 2:14-cv-00435-JAD-NJK<br><br>(Consolidated with<br> Case No. 2:14-cv-00658 JAD-NJK)<br><br>[PROPOSED] ORDER FOR CONFIRMATION OF SALE WITH REGARD TO 31 RUE MEDITERRA AND 33 RUE MEDITERRA AND DISBURSEMENT OF PROCEEDS |

Upon consideration of the United States of America's Motion for Confirmation of Sale With Regard to 31 Rue Mediterra and 33 Rue Mediterra and Disbursement of Proceeds, the Court finds that the sale of parcels of real property located at 31 Rue Mediterra Dr., Henderson, NV 89011 and 33 Rue Mediterra Dr., Henderson, NV 89011 ("Subject Properties") was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and it is hereby ORDERED that the United States of America's Motion is GRANTED.

It is further ORDERED that the sale of the Subject Properties is confirmed. The Internal Revenue Service is hereby authorized to issue property deeds to the purchasers of the Subject Properties. By issuance of the deeds, as authorized by this Order, legal title to the Subject Properties is transferred free and clear of any claims of Plaintiffs in these cases.

It is further ORDERED that the Clerk is directed to disburse the proceeds of the sale which were deposited with the Court, in the following manner:

First, to the Internal Revenue Service, attn.: Hallie Lipscomb, IRS, SA-5209, 4330 Watt Avenue, Sacramento, CA 95821, for costs and fees incurred in connection with the sale, in the amount of $1,804.92.

Second, the remainder of the funds deposited for the sale, in the amount of $625,195.08, to the United States, for application to the unpaid federal tax liabilities of Z's, a Nevada Corporation, in a check made payable to the U.S. Department of Justice, mailed as follows to:

    U.S. Department of Justice
    Attn: William E. Thompson
    P.O. Box 310
    Ben Franklin Station
    Washington, DC 20044

Dated: 7/28/2017

_____
JENNIFER A. DORSEY
United States District Judge

Submitted by:
DAVID A. HUBBERT
Acting Assistant Attorney General

*/S/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
STEVEN W. MYHRE
Acting United States Attorney
*Counsel for the United States*