ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LN MANAGEMENT LLC SERIES 31
RUE MEDITERRA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAKE LAS VEGAS MASTER TRUST, | |
| Plaintiff, | Case No. 2:14-cv-00435-JAD-NJK |
| vs. | |
| UNITED STATES INTERNAL REVENUE SERVICE; Z'S a defaulted Nevada Corporation; and DOES 1 through 10, | consolidated with: |
| Defendants. | |
| LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA, | |
| Plaintiff, | Case No. 2:14-cv-00658-JAD-NJK |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE; Z'S, a defaulted Nevada Corporation; and DOES 1 through 10, inclusive, | ECF Nos. 117, 118 |
| Defendants. | |

**STIPULATION TO EXTEND TIME TO RESPOND**

**TO MOTION FOR DISTRIBUTION OF FUNDS**

COMES NOW Plaintiff, LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA (*"LN"*) and Defendant UNITED STATES INTERNAL REVENUE SERVICE (*"IRS"*), by and

Page 1

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 13, 2018, IRS filed a Motion for Distribution of Funds herein [ECF #116]. LN's Response to said Motion was due on or before December 27, 2018.

2. LN's counsel has requested an extension of time in which to respond to the subject Motion primarily as a result of the intervening holidays and family obligations associated therewith. In addition, counsel has had a large number of other work obligations. Moreover the parties desire to explore whether an amicable resolution of the Motion may be possible.

3. Although the request for an extension was made prior to the deadline, the instant stipulation is being submitted after the deadline because counsel for the IRS has been affected by the ongoing partial government shut down. As a result, counsel was not able to immediately respond to the request.

4. LN shall have an extension of time to file its Response to the Motion for Distribution of Funds until January 18, 2019.

5. This Stipulation is made in good faith and not for purposes of delay.

Dated this ___26th___ day of December, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.　　　　U.S. DEPARTMENT OF JUSTICE

/s/ *Timothy E. Rhoda*　　　　　　　　　　　　　/s/ *Virginia Cronan Lowe*
TIMOTHY E. RHODA, ESQ.　　　　　　　　　　VIRGINIA CRONAN LOWE
Nevada Bar No. 7878　　　　　　　　　　　　　Trial Attorney, Tax Disvision
9120 West Post Road, Suite 100　　　　　　　　U.S. Department of Justice
Las Vegas, Nevada 89148　　　　　　　　　　　P.O. Box 686
(702) 254-7775　　　　　　　　　　　　　　　　Washington, DC 20044
*Attorney for Plaintiff*　　　　　　　　　　　　*Attorneys for Defendant*
*LN MANAGEMENT LLC SERIES 31*　　　　　*UNITED STATES INTERNAL*
*RUE MEDITERRA*　　　　　　　　　　　　　*REVENUE SERVICE*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 3, 2019