# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lake Las Vegas Master Trust, | Case No. 2:14-cv-00435-JAD-NJK |
| Plaintiff | (Consolidated with 2:14-cv-00658-JAD-NJK) |
| v. | |
| United States Internal Revenue Service; Z's, a defaulted Nevada Corporation, | **Order Directing Stipulation or Briefing on Distribution of Accrued Interest** |
| Defendants | |
| CONSOLIDATED MATTERS | |

On April 1, 2019, the court entered orders directing the disbursement of funds that were deposited into the court's registry in 2017.[1] Those orders addressed only the principal amounts, ignoring the fact that the deposited funds have accrued interest of $37,583.19 to date. The court finds that the interest should go to the IRS and LN Management LLC Series 31 Rue Mediterra, but needs the parties' input on how to divide it. The complicating factor is that the total amount on deposit changed in August 2017 when a portion of the fund was distributed. The ledgers reflecting the account activity are attached hereto for the parties' reference.

ACCORDINGLY, IT IS HEREBY ORDERED that counsel for the IRS and for LN Management must meet and confer by close of business on Wednesday, April 10, 2019, to attempt to reach an agreement about how to divide the interest. If they reach an agreement, they should immediately file a stipulation and order directing the distribution; if no agreement is reached, each side must file a separate brief of no more than five pages by close of business on

---
[1] ECF No. 1.

Friday, April 12, 2019, advocating how the division should be accomplished.  <u>Because interest continues to accrue, the parties must make their proposal regarding distribution not based on a dollar amount, but based on a percentage of the total interest available</u> (for example: IRS 53%/LN 47%).  The Clerk of Court will delay distribution of any funds from this account until this interest-division issue is resolved.

Dated: April 5, 2019

_____
U.S. District Judge Jennifer A. Dorsey


**FedInvest**
U.S. Department of the Treasury

Help  Logout  2.2.0.3



District Code: D09NVX
District Name: US District Court
District of Nevada

04/05/2019 12:35 PM EDT

## Case History Report

Click here for PDF version

**Case History Report**
04/05/2019 12:35

| | |
|---|---|
| Date Range | 04/03/2017 Thru 04/05/2019 |
| Use Case Inception Date? | Yes |
| District of Nevada | D09NVX |
| Case Number | DNVX214CV000435001 |
| Case Name | Lake Las Vegas Master Trust v. United States Internal Revenue Service |
| Minor? | N |
| DOF ? | N |
| Current Fee Rate | 0.00% 0.00% 0.00% 0.00%  0-5 YRS  >5-10 YRS  >10-15 YRS  >15 YRS |
| Original Deposit Amount | $1,360,000.00 |
| Original Deposit Date | 04/03/2017 |

| | | Principal | Net Earnings | Net Total** | Registry Fee |
|---|---|---|---|---|---|
| 04/03/2017 | Beginning Balance | $1,360,000.00 | $115.58 | $1,360,115.58 | $0.00 |
| April 2017 * | | $527,000.00 | $604.43 | $527,604.43 | $0.00 |
| May 2017 | | $0.00 | $873.13 | $873.13 | $0.00 |
| June 2017 | | $0.00 | $1,151.50 | $1,151.50 | $0.00 |
| July 2017 | | $0.00 | $1,157.36 | $1,157.36 | $0.00 |
| August 2017 | | ($627,000.00) | $1,033.76 | ($625,966.24) | $0.00 |
| September 2017 | | $0.00 | $885.52 | $885.52 | $0.00 |
| October 2017 | | $0.00 | $988.88 | $988.88 | $0.00 |
| November 2017 | | $0.00 | $1,095.24 | $1,095.24 | $0.00 |
| December 2017 | | $0.00 | $1,005.68 | $1,005.68 | $0.00 |
| January 2018 | | $0.00 | $1,124.56 | $1,124.56 | $0.00 |
| February 2018 | | $0.00 | $1,101.27 | $1,101.27 | $0.00 |
| March 2018 | | $0.00 | $1,494.47 | $1,494.47 | $0.00 |
| April 2018 | | $0.00 | $1,466.22 | $1,466.22 | $0.00 |
| May 2018 | | $0.00 | $1,776.33 | $1,776.33 | $0.00 |
| June 2018 | | $0.00 | $1,667.57 | $1,667.57 | $0.00 |
| July 2018 | | $0.00 | $1,745.86 | $1,745.86 | $0.00 |
| August 2018 | | $0.00 | $1,957.22 | $1,957.22 | $0.00 |
| September 2018 | | $0.00 | $1,785.72 | $1,785.72 | $0.00 |
| October 2018 | | $0.00 | $2,084.35 | $2,084.35 | $0.00 |
| November 2018 | | $0.00 | $2,370.53 | $2,370.53 | $0.00 |
| December 2018 | | $0.00 | $2,269.31 | $2,269.31 | $0.00 |
| January 2019 | | $0.00 | $2,715.35 | $2,715.35 | $0.00 |
| February 2019 | | $0.00 | $2,321.67 | $2,321.67 | $0.00 |
| March 2019 | | $0.00 | $2,328.87 | $2,328.87 | $0.00 |
| Preliminary Total | | $1,260,000.00 | $37,120.38 | $1,297,120.38 | $0.00 |

| Date | Transaction Type | Principal | Net Earnings | Treasury Earnings Indicator | Withdraw All | Net Total** | Registry Fee |
|---|---|---|---|---|---|---|---|
| 04/01/2019 | Earnings Allocation | $0.00 | $102.71 | | | $102.71 | $0.00 |
| 04/02/2019 | Earnings Allocation | $0.00 | $33.95 | | | $33.95 | $0.00 |
| 04/03/2019 | Earnings Allocation | $0.00 | $33.41 | | | $33.41 | $0.00 |
| 04/04/2019 | Earnings Allocation | $0.00 | $374.81 | | | $374.81 | $0.00 |
| 04/05/2019 | Earnings Allocation | $0.00 | $33.51 | | | $33.51 | $0.00 |

| | Principal | Net Earnings | Net Total** | Registry Fee |
|---|---|---|---|---|
| Preliminary Total | $1,260,000.00 | $37,120.38 | $1,297,120.38 | $0.00 |
| Current Month Activity | $0.00 | $578.39 | $578.39 | $0.00 |
| Ending Balance | $1,260,000.00 | $37,698.77 | $1,297,698.77 | |

*balance* (handwritten annotation)

| Activity For Period | Value |
|---|---|

| | |
|---|---:|
| Principal Deposit | $1,887,000.00 |
| Principal Disbursed | ($627,000.00) |
| Interest Deposit | $115.58 |
| Interest Disbursed | $0.00 |
| Interest Allocated | $37,583.19 |
| Registry Fee | $0.00 |

**\* Denotes Partial Month**

**\*\*Net of any fees or taxes**

[Back] [Cancel]

Freedom of Information Act | Law & Guidance | Privacy & Legal Notices | Website Terms & Conditions | Accessibility | Data Quality

U.S. Department of the Treasury, Bureau of the Fiscal Service

https://fedinvest.fiscal.treasury.gov/GA-FD/jsp/cms/caseHistoryReport.jsf

4/5/2019

| Case History Report | |
|---|---|
| Run Date: | 04/05/2019 12:39 |
| Date Range: | 04/03/2017 Thru 04/05/2019 |
| Use Case Inception Date?: | Yes |
| District of Nevada | D09NVX |
| Case Number: | DNVX214CV000435001 |
| Case Name: | Lake Las Vegas Master Trust v. United States Internal Revenue Service |
| Minor?: | N |
| DOF?: | N |

| Current Fee Rate: | 0.00% | 0.00% | 0.00% | 0.00% |
|---|---|---|---|---|
| | 0-5 YRS | >5-10 YRS | >10-15 YRS | >15 YRS |

| Original Deposit Amount: | $1,360,000.00 |
|---|---|
| Original Deposit Date: | 04/03/2017 |

| | | Principal | Net Earnings** | Net Total** | Registry Fee |
|---|---|---|---|---|---|
| 04/03/2017 | Beginning Balance | $1,360,000.00 | $115.58 | $1,360,115.58 | $0.00 |
| April 2017 * | | $527,000.00 | $604.43 | $527,604.43 | $0.00 |
| May 2017 | | $0.00 | $873.13 | $873.13 | $0.00 |
| June 2017 | | $0.00 | $1,151.50 | $1,151.50 | $0.00 |
| July 2017 | | $0.00 | $1,157.36 | $1,157.36 | $0.00 |
| August 2017 | | ($627,000.00) | $1,033.76 | ($625,966.24) | $0.00 |
| September 2017 | | $0.00 | $885.52 | $885.52 | $0.00 |
| October 2017 | | $0.00 | $988.88 | $988.88 | $0.00 |
| November 2017 | | $0.00 | $1,095.24 | $1,095.24 | $0.00 |
| December 2017 | | $0.00 | $1,005.68 | $1,005.68 | $0.00 |
| January 2018 | | $0.00 | $1,124.56 | $1,124.56 | $0.00 |
| February 2018 | | $0.00 | $1,101.27 | $1,101.27 | $0.00 |
| March 2018 | | $0.00 | $1,494.47 | $1,494.47 | $0.00 |
| April 2018 | | $0.00 | $1,466.22 | $1,466.22 | $0.00 |
| May 2018 | | $0.00 | $1,776.33 | $1,776.33 | $0.00 |
| June 2018 | | $0.00 | $1,667.57 | $1,667.57 | $0.00 |
| July 2018 | | $0.00 | $1,745.86 | $1,745.86 | $0.00 |
| August 2018 | | $0.00 | $1,957.22 | $1,957.22 | $0.00 |
| September 2018 | | $0.00 | $1,785.72 | $1,785.72 | $0.00 |
| October 2018 | | $0.00 | $2,084.35 | $2,084.35 | $0.00 |

| Date | Transaction Type | Principal | Net Earnings** | External Source | Withdraw All | Net Total** | Registry Fee |
|---|---|---|---|---|---|---|---|
| November 2018 | | | $0.00 | $2,370.53 | | $2,370.53 | $0.00 |
| December 2018 | | | $0.00 | $2,269.31 | | $2,269.31 | $0.00 |
| January 2019 | | | $0.00 | $2,715.35 | | $2,715.35 | $0.00 |
| February 2019 | | | $0.00 | $2,321.67 | | $2,321.67 | $0.00 |
| March 2019 | | | $0.00 | $2,328.87 | | $2,328.87 | $0.00 |
| **Preliminary Total** | | $1,260,000.00 | $37,120.38 | | | $1,297,120.38 | $0.00 |

*Current Month*

| Date | Transaction Type | Principal | Net Earnings** | External Source | Withdraw All | Net Total** | Registry Fee |
|---|---|---|---|---|---|---|---|
| 04/01/2019 | Earnings Allocation | $0.00 | $102.71 | | | $102.71 | $0.00 |
| 04/02/2019 | Earnings Allocation | $0.00 | $33.95 | | | $33.95 | $0.00 |
| 04/03/2019 | Earnings Allocation | $0.00 | $33.41 | | | $33.41 | $0.00 |
| 04/04/2019 | Earnings Allocation | $0.00 | $374.81 | | | $374.81 | $0.00 |
| 04/05/2019 | Earnings Allocation | $0.00 | $33.51 | | | $33.51 | $0.00 |
| **Preliminary Total** | | **$1,260,000.00** | **$37,120.38** | | | **$1,297,120.38** | **$0.00** |
| **Current Month Activity** | | **$0.00** | **$578.39** | | | **$578.39** | **$0.00** |
| **Ending Balance** | | **$1,260,000.00** | **$37,698.77** | | | **$1,297,698.77** | |

*Total Activity - 04/03/2017 Thru 04/05/2019*

| | |
|---|---|
| Principal Deposit | $1,887,000.00 |
| Principal Disbursed | ($627,000.00) |
| Interest Deposit | $115.58 |
| Interest Disbursed | $0.00 |
| Interest Allocated | $37,583.19 |
| Registry Fee | $0.00 |

\* Denotes partial month
\*\*Net of any fees or taxes