RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6484 (v)
202-307-0054 (f)
Virginiacronan.lowe@usdoj.gov

Of Counsel:
NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| LAKE LAS VEGAS MASTER TRUST, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES INTERNAL REVENUE SERVICE; Z'S, a defaulted Nevada Corporation; and DOES 1 through 10, inclusive <br><br> Defendants. <br> _____ <br> LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES INTERNAL REVENUE SERVICE; Z'S, a defaulted Nevada Corporation; and DOES 1 through 10, inclusive <br><br> Defendants. <br> _____ | Case No. 2:14-cv-00435-JAD-NJK <br><br> (Consolidated with <br> Case No. 2:14-cv-00658 JAD-NJK) <br><br> STIPULATION AND ORDER REGARDING DISTRIBUTION OF ACCRUED INTEREST <br><br> ECF No. 128 |

Pursuant to the Order Directing Stipulation or Briefing on Distribution of Accrued Interest (Doc 127), the parties hereby stipulate as follows:

The Clerk of Court may distribute 82% of the accrued interest to LN Management LLC Series 31 Rue Mediterra and 18% of the accrued interest to the United States of America.

Respectfully submitted this 9th day of April, 2019.

| | |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General | ROGER CROTEAU & ASSOCIATES LTD. |
| */s/ Virginia Cronan Lowe*<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice | */s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ. (4958)<br>TIMOTHY E. RHODA, ESQ. (7878)<br>9120 West Point Road, Suite 100<br>Las Vegas, NV 89148<br>Telephone: (702) 254-7775 |
| Of Counsel:<br>NICHOLAS A. TRUTANICH<br>United States Attorney | *Counsel for LN Management LLC Series 31 Rue Mediterra* |
| *Counsel for the United States* | |

IT IS SO ORDERED.

LN Management LLC Series 31 Rule Mediterra must provide a form W-9 to the court's financial department before the interest can be disbursed. The completed W-9 form should be emailed to nvd_financial@nvd.uscourts.gov.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 9, 2019